UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADALYN M. SOULLIERE,

    Plaintiff,

v.

SPEEDWAY, LLC.,

    Defendant.
_____/

Case No. 2:23-cv-10597
District Judge Mark A. Goldsmith
Magistrate Judge Kimberly G. Altman

## REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S "MOTION TO CLOSE AND SEAL" (ECF No. 24)

This is a case involving breach of contract, tort, and federal law claims under unspecified statutes. Plaintiff Madalyn M. Soulliere (Soulliere), proceeding *pro se*, has sued defendant Speedway, LLC (Speedway) for various occurrences during her employment. (ECF No. 6, Amended Complaint). Under 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned. (ECF No. 12).

Soulliere has filed a "Motion to Close and Seal," stating that the parties have settled. (ECF No. 24). Speedway filed a response, affirming that the case "has been resolved and can be closed and dismissed with prejudice." (ECF No. 25,

1

PageID.101).[1]  Based on the parties' filings, the case has been resolved.

Accordingly, the undersigned RECOMMENDS that Soulliere's motion to close be GRANTED and that the case be DISMISSED WITH PREJUDICE.

Dated: February 22, 2024　　　　　　　s/Kimberly G. Altman  
Detroit, Michigan　　　　　　　　　　KIMBERLY G. ALTMAN  
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### NOTICE TO PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation.  Any objections must be filed within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140, 144 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991).  Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Under Local Rule

---

[1] Speedway also points out that Soulliere included confidential information in her motion.  (ECF No. 25).  Speedway has attached a redacted version of the confidential information that will remain on the docket.  (ECF No. 25, PageID.103-104).  The Court will enter a separate order sealing Soulliere's motion to protect the confidential information.

2

72.1(d)(2), any objections must be served on this Magistrate Judge.

Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc. Any objection must recite precisely the provision of this Report and Recommendation to which it pertains. Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc. If the Court determines that any objections are without merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 22, 2024.

s/Julie Owens acting in the absence of Carolyn Ciesla
CAROLYN CIESLA
Case Manager